IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
ABILENCE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | 1:21-cv-00160-H |
| v. | Criminal No. ~~1:12-cv-00160-H~~ |
| HUMBERTO GARZA | |

## MOTION FOR EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE IN OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS

COMES Defendant, Humberto Garza("Garza"), appearing *pro se,* and files his Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion To Petition For Writ Of Habeas Corpus, and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Garza respectfully requests that this Court be mindful that *pro se* litigants are entitled to liberal construction of their pleadings. See *Morris v. Livingston,* 739 F.3d 740 (5th Cir. 2014) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed."); *Haines v Kerner,* 404 U.S. 519, 520 (1972).

### REASON FOR EXTENSION

The nine(9) page United States' Response in Opposition to Defendant's Motion To Petition For Writ Of Habeas Corpus ("USR") was just received by Garza through the prison mail. Because of the Covid/Delta Virus pandemic the compound at FCI Big Spring has had limited movement and very limited access to the prison law library. As such, Garza needs to research, prepare and perfect

his Reply to the USR. Therefore, he seeks a sixty (60) day extension of time, up to and including July 29, 2022, to complete his Reply.

WHEREFORE, premise considered, Garza prays that the Court grant this motion and extend his deadline for filing his Reply, up to and including July 29, 2022.

                                            Respectfully submitted,

Dated: May 31, 2022

                                  /s/ Humberto Garza
                                  HUMBERTO GARZA
                                  REG. NO. 80485-079
                                  FCI BIG SPRING
                                  FEDERAL CORR. INSTITUTION
                                  1900 SIMLER AVE
                                  BIG SPRING, TX 79720

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2022, I mailed a true and correct copy of the above and foregoing Motion for Extension of Time to Reply to United States' Response in Opposition to Defendant's Motion To Petition For Writ Of Habeas Coprus, postage prepaid, to Ann E. Cruce-Haag, Assistant United States Attorney, 1205 Texas Avenue, Suite 700, Lubbock, Texas 79401.

                                  /s/ Humberto Garza
                                  HUMBERTO GARZA

HUMBERTO GARZA
REG. NO. 80485-079
FCI BIG SPRING
FEDERAL CORR. INSTITUTION
1900 SIMLER AVE
BIG SPRING, TX 79720



May 31, 2022

Ms. Karen Mitchell
Clerk of Court
U.S. District Court
Northern District of Texas
San Angelo, TX
33 E. Twohig Avenue, Room 202
San Angelo, TX 76903-6451

RE: *United States v Garza*
    Crim No. 1:21-cv-00160-H

Dear Ms. Mitchell:

Enclosed please find and accept for filing Movant's Motion for Extension of Time to File Reply To Response In Opposition To Petition For Writ Of Habeas Corpus . Please submit this motion to the Court.

Thank you for your assistance in this matter.

Sincerely,

HUMBERTO GRAZA
Appearing *Pro Se*

*Encl. as noted*

Case 1:21-cv-00160-H   Document 11   Filed 06/03/22   Page 4 of 4   PageID 72

